**Dismissed and Memorandum Opinion filed September 13, 2012.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-00734-CR

---

### CHRISTOPHER DAVID BICKERSTAFF, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 344th District Court
Chambers County, Texas
Trial Court Cause No. 9318-A**

## M E M O R A N D U M   O P I N I O N

On August 9, 2012, the Chambers County District Clerk filed a record with this court. The record reflects that on June 6, 1995, appellant pleaded guilty to the offense of engaging in organized criminal activity. The trial court accepted his plea and assessed punishment at eight years' deferred adjudication probation.

On November 29, 2011, appellant filed an application for writ of habeas corpus with the trial court. On July 17, 2012, the trial court signed an order with findings of fact and conclusions of law in which the court denied habeas corpus relief. The clerk's record

filed with this court contains no notice of appeal, without which this court has no jurisdiction.  *See* Tex. R. App. P. 25.2; *Russell v. State*, 236 S.W.2d 620 (Tex. Crim. App. 1951).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and McCally.

Do Not Publish — Tex. R. App. P. 47.2(b).